# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Magnum Inc. ) ASBCA No. 59592
)
Under Contract No. DACA51-03-C-0027 )

APPEARANCE FOR THE APPELLANT: Lane F. Kelman, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Lorraine C. Lee, Esq.
  H. Weston Miller, Esq.
  Trial Attorneys
  U.S. Army Engineer District, New York

## OPINION BY ADMINISTRATIVE JUDGE STEMPLER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint motion, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $675,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 3 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59592, Appeal of Magnum Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
